*E-FILED - 5/13/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC FLORES, | No. C 99-20185 RMW (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JOSEPH MCGRATH, Warden, | |
| Respondent. | |

The court has dismissed with prejudice the instant petition for a writ of habeas corpus on the merits. Therefore, judgment is entered in favor of respondent. Petitioner shall take nothing by way of his petition. The clerk shall close the file.

**IT IS SO ORDERED.**

DATED: 5/9/08

RONALD M. WHYTE
United States District Judge

Judgment
G:\pro-se\sj.rmw\hc.99\Flores185.jud.md

1 | This is to certify that on <u>5/13/08</u>, a copy of this ruling was mailed to the following:

**Isaac Flores**
D#50574
PBSP - II
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95531

**Steven Warner**
Deputy Attorney General
California Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

Judgment
G:\pro-se\sj.rmw\hc.99\Flores185.jud.md            2